NUMBER 13-05-574-CV

 

                         COURT OF APPEALS

 

               THIRTEENTH DISTRICT OF TEXAS

 

                  CORPUS CHRISTI - EDINBURG

_______________________________________________________

 

BERNARD R. DE LOS SANTOS, ET AL.,                      Appellants,

 

                                           v.

 

UNION CARBIDE CORPORATION, ET AL.,                    Appellees.

_______________________________________________________

 

                  On appeal from the 319th
District Court

                           of Nueces
County, Texas.

_______________________________________________________

 

                     MEMORANDUM OPINION

 

                   Before Justices Hinojosa,
Rodriguez and Castillo

                             Memorandum Opinion
Per Curiam

 

Appellants, BERNARD R. DE LOS SANTOS, ET AL., attempted
to perfect an appeal from an order entered by the 319th District
Court of Nueces County, Texas, in cause no. 05-3076-G.  The clerk=s record was received
on March 16, 2006.  








A review of the clerk=s record in this cause
fails to  affirmatively reflect that this
Court has jurisdiction over this appeal. 
First, it appears that parties have filed suggestions of bankruptcy; however,
the record fails to reflect that any bankruptcy stay has been lifted or the
case otherwise remanded to the trial court. 
Second, it appears that the notice of appeal was not filed in the proper
cause number.  Finally, it does not
appear that the notice of appeal was timely filed.  Pursuant to Tex.
R. App. P. 42.3, notice of these defects was given so that steps could
be taken to correct the defects, if it could be done.  Appellants were advised that, if the defects
were not corrected within ten days from the date of receipt of this notice, the
appeal would be dismissed for want of jurisdiction.  Appellants failed to file a response as
requested by this Court=s notice. 

The Court, having considered the documents on file and appellants= failure to respond to
this Court=s notice, is of the
opinion that the appeal should be dismissed for want of jurisdiction. The
appeal is hereby DISMISSED FOR WANT OF JURISDICTION.

PER CURIAM

 

Memorandum Opinion
delivered and 

filed this the 1st day of June, 2006.